# WEISBERG CUMMINGS
### A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY A. WEISBERG<br>DERREK W. CUMMINGS*ˆ | **2704 COMMERCE DRIVE, SUITE B**<br>**HARRISBURG, PENNSYLVANIA 17110-9380** | STEVE T. MAHAN<br>MICHAEL J. BRADLEY |
| *CERTIFIED PUBLIC ACCOUNTANT<br>ˆMEMBER ARIZONA BAR | | PHONE: 717.238.5707<br>FAX:     717.233.8133 |

December 23, 2025

*VIA ECF*

The Honorable Yvette Kane
United States District Judge
Sylvia H. Rambo
United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

      Re:    *Saintus-Trammel v. Amazon.com Services, LLC*
               **Civil Action No. 1:25-cv-02290-YK**

Dear Judge Kane:

      I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter and that we are in the process of finalizing said resolution. At this time, the parties are in agreement that the Court may process this case as settled. To that end, we respectfully request that the court issue an order dismissing the action without costs and without prejudice to the right of either party, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

      Should you have any questions, please contact me at (717) 238-5707.

      Respectfully submitted,

      */s/ Larry A. Weisberg*
      Larry A. Weisberg
      *Counsel for Plaintiff*